AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2012 AUG 31  A 10: 20

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

ANYELI BOSQUEZ )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:12cv972 GBL/TRJ
)
ANGEL'S BAIL BONDS )
and )
ANGEL MICHAEL MILLER )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ANGEL'S BAIL BONDS
8487 Euclid Avenue, Suite 5, Manassas Park, VA 20111
Serve Registered Agent:
Angel Michael Miller
8487 Eudlid Avenue
Suite 5
Manassas Park, VA 20111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Katherine Martell, Esq.
FirstPoint Law Group, P.C.
10615 Judicial Drive
Suite 101
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: _____                   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| ANYELI BOSQUEZ<br><br>*Plaintiff(s)*<br>v.<br>ANGEL'S BAIL BONDS<br>and<br>ANGEL MICHAEL MILLER<br><br>*Defendant(s)* | Civil Action No. 1:12cv972 GBL/TRJ |

2012 AUG 31  A 10: 20
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

RECEIVED

CPS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ANGEL MICHAEL MILLER
13706 Palm Road
Woodbridge, VA 22193

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Katherine Martell, Esq.
FirstPoint Law Group, P.C.
10615 Judicial Drive
Suite 101
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: _____        _____
*Signature of Clerk or Deputy Clerk*